# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 7, 2016

153420-1

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

TEDDY 23, LLC and MICHIGAN TAX CREDIT
FINANCE, LLC, d/b/a MICHIGAN PRODUCTION
CAPITAL,
        Plaintiffs-Appellants,

v

                                      SC:  153420-1
                                        COA:  323299; 323424
                                        Ingham CC:  14-000702-AA
                                        Court of Claims: 14-000039-MT

MICHIGAN FILM OFFICE and DEPARTMENT
OF TREASURY,
        Defendants-Appellees.

_____/

       On order of the Court, the application for leave to appeal the December 15, 2015 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other action. MCR 7.305(H)(1). The parties shall file supplemental briefs within 42 days of the date of this order addressing: (1) whether the Court of Claims had jurisdiction over plaintiffs' claim under MCL 600.6419(1)(a); and (2) whether MCL 600.631 created exclusive jurisdiction over plaintiffs' claim in the circuit court, including whether the denial of the postproduction certificate of completion was a "decision . . . of [a] state board, commission, or agency, authorized under the laws of this state to promulgate rules from which an appeal or other judicial review has not otherwise been provided for by law." The parties should not submit mere restatements of their application papers.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 7, 2016


                                      Clerk

p1130